1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  2:11-cr-00391-KJM

12                   Plaintiffs,

13         v.                                       ORDER

14    GUSTAVO MARTINEZ-LOPEZ,

15                   Defendant.

16

17              On November 14, 2016, defendant Gustavo Martinez-Lopez moved to modify the

18    sentence he received after his conviction for violating 8 U.S.C. § 1326 by illegally entering the

19    United States.  ECF No. 17.  Defendant argues amendments to the United States Sentencing

20    Guidelines that took effect November 1, 2016, would have resulted in a lesser sentence.  *Id.*

21              On May 25, 2017, the court referred the motion to the Office of the Federal

22    Defender for the Eastern District of California on the basis of Eastern District of California

23    General Order 546.  ECF No. 18.  General Order 546 provides appointment of counsel for relief

24    sought based on Amendment 782 to the Sentencing Guidelines.  The Federal Defender noted

25    defendant's motion was based on Amendment 802; it was not appointed to the case.  ECF No. 19.

26    The Federal Defender also noted defendant had been released from the custody of the Bureau of

27    Prisons on April 11, 2017.  *Id.*

28    /////

                                                    1

1    The United States filed an opposition to defendant's motion on June 22, 2017,

2  urging the court to deny the motion as moot due to defendant's release from the custody of the

3  Bureau of Prisons, or alternatively, on the merits.  ECF No. 22.

4    Though defendant does not provide authority for the court's power to modify his

5  sentence, 18 U.S.C. § 3582(c)(2) grants this court the power to modify a sentence "in the case of

6  a defendant who has been sentenced to a term of imprisonment based on a sentencing range that

7  has subsequently been lowered by the Sentencing Commission."  However, "[a] case becomes

8  moot . . . when it is impossible for a court to grant any effectual relief whatever to the prevailing

9  party." *Knox v. Serv. Emps. Int'l Union, Local 1000*, 567 U.S. 298, 307 (2012) (citations

10  omitted).  That is the case here.  Defendant has served his sentence, been deported and is not

11  subject to any terms of supervised release.  A reduction in sentence would offer him no relief.

12    The court DENIES defendant's motion, ECF No. 17, as moot.

13    IT IS SO ORDERED.

14   DATED:  August 2, 2017.

15

16    _____
                UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28